IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK ALLEN LOVELACE, #146 647, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-197-WHA |
| | ) | [WO] |
| WARDEN KARLA JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on October 26, 2016. Doc. 10. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered accordingly.

Done this 30th day of November, 2016.

　　　　　　　　　　　　　　　　　　/s/   W. Harold Albritton
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE