IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARK ALLEN LOVELACE, #146 647,   )
 )
   Plaintiff,   )
 )
   v.   )  CIVIL ACTION NO. 2:16-CV-197-WHA
 )
WARDEN KARLA JONES, *et al.*,   )
 )  (wo)
   Defendants.   )

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day, Final Judgment is entered in favor of Defendants, and against Plaintiff, and this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 30th day of November, 2016.


   /s/  W. Harold Albritton
   SENIOR UNITED STATES DISTRICT JUDGE